

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00715-CV

Yuli Deani **GARCIA** and Ramiro Bernard Garcia,
Appellants

v.

Brandon Wayne **SCHMALRIEDE** and Delivery Limited, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-18045
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 26, 2025

MOTION TO DISMISS GRANTED; DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM